# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL POPESCU,<br><br>                    Plaintiff,<br><br>  v.<br><br>CITY OF SAN DIEGO, *et al.*,<br><br>                    Defendants. | Case No. 15-cv-01657-BAS(JLB)<br><br>**ORDER TERMINATING DEFENDANTS' MOTION FOR TERMINATING SANCTIONS AND/OR MONETARY SANCTIONS**<br><br>**[ECF No. 51]** |

On February 7, 2017, Defendants filed a motion for terminating and/or monetary sanctions against Plaintiff. (ECF No. 51.) The request for sanctions is based in part on Plaintiff not appearing for a deposition on January 27, 2017. (ECF No. 51-1 at 3:6–11.) However, on April 6, 2017, Defendants filed a Statement Noting the Death of Plaintiff under Federal Rule of Civil Procedure 25(a)(1). (ECF No. 54.) This filing includes Plaintiff's death certificate, which reveals he died on January 18, 2017. (ECF No. 54-2.) In light of the foregoing, the Court **TERMINATES** Defendants' motion for sanctions (ECF No. 51). In the event that an appropriate party substitutes into this action within the ninety-day period provided

for by Rule 25(a)(1), and Defendants still believe their request for sanctions has merit, they may renew their request.

**IT IS SO ORDERED.**

DATED: April 7, 2017

Hon. Cynthia Bashant
United States District Judge